UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:21-CR-000273-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **DEFENDANT'S NOTICE RE WAIVER OF ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT** |
| TAMARCUS ELLIS | |

NOW COMES DEFENDANT Tamarcus Ellis, and provides the following notice as to Defendant's arraignment on the Second Superseding Indictment:

1. The government filed the Second Superseding Indictment on August 15, 2024. [D.E. 105]. The Court requested that the defendant file a notice as to whether he was requesting arraignment or waiving by August 16, 2024.

2. Trial is set for August 26, 2024. Due to the demands of trial preparation and the defendant's pretrial detention in Onslow County Jail, defense counsel has been unable to meet with Mr. Ellis to discuss the Second Superseding Indictment and obtain his position as to whether consents to waiver.

3. The Court has set a Pretrial Conference and Motions Hearing for August 21, 2024 in New Bern at 1:30 p.m. Counsel for the defendant will confer with Mr. Ellis as to whether he requests arraignment on the Second Superseding Indictment. If Mr. Ellis waives arraignment, counsel respectfully requests to inform the Court of the same at the August 21, 2024 Pretrial Conference. If Mr. Ellis seeks arraignment, counsel requests that Mr. Ellis be arraigned tomorrow so that he may enter his not guilty plea.

Respectfully submitted this the 20th day of August 2024.

THE SALMON LAW FIRM LLP

*Elisa Cyre Salmon*
Elisa Cyre Salmon
N.C. State Bar No. 35242
Post Office Box 185
Lillington, North Carolina 27546
Telephone: (910) 984-1012
Fax: (910) 984-1014
*Private Counsel for Mr. Ellis*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed via the CM/ECF system, which will deliver notice to the following:

Mr. Dennis Duffy and Mr. Nick Hartigan

Assistant United States Attorney Eastern District of North Carolina

This is the 20th day of August 2024

THE SALMON LAW FIRM LLP

*Elisa Cyre Salmon*
Elisa Cyre Salmon