IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-273-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TAMARCUS SHAQUAN ELLIS | ) | |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to ATF Special Agent Alex Saine of the ATF Office of New Hanover County.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 27, 2024, be transferred to ATF Special Agent, Alex Saine to be retained in his custody until this case is completed, including any matters on appeal:

| Government Exhibit No. | Description of the Evidence |
|---|---|
| 2 | 4/22/21 - 42.08 grams of Methamphetamine (64% purity for a total amount of 26.93 grams of pure Methamphetamine) |
| 3 | 5/6/21 – 48.809 grams of Methamphetamine (89% purity for a total amount of 43.44 grams of pure Methamphetamine) |

1

ORDERED this the 27th day of August, 2024.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Alex Saine, Case Agent

Dennis Duffy, Assistant U.S. Attorney

2