IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-273-FL

FILED IN OPEN COURT
ON 8/28/24 PMC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. )
) AMENDED ORDER
TAMARCUS SHAQUAN ELLIS )
)

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to ATF TFO Kevin Doyle of the Jacksonville Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 27, 2024, be transferred to ATF TFO Kevin Doyle to be retained in his custody until this case is completed, including any matters on appeal:

| Government Exhibit No. | Description of the Evidence |
| --- | --- |
| 2 | 4/22/21 - 4 2.08 grams of Methamphetamine (64 % purity for a total amount of 26.93 grams of pure Methamphetamine) |
| 3 | 5/6/21 - 48.809 grams of Methamphetamine (89% purity for a total amount of 43.44 grams of pure Methamphetamine) |

1

ORDERED this the 28th day of August, 2024.

*Louise W. Flanagan*
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Kevin Doyle, Case Agent

_____
Dennis Duffy, Assistant U.S. Attorney

2