IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-273-FL

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) ORDER |
| TAMARCUS SHAQUAN ELLIS | ) |
| | ) |

FILED IN OPEN COURT
ON 8/28/24
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to ATF TFO Daryl Cato of the Goldsboro Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 28, 2024, be transferred to ATF TFO Daryl Cato to be retained in his custody until this case is completed, including any matters on appeal:

| Government Exhibit No. | Description of the Evidence |
| --- | --- |
| 4 | Colt .45 ACP pistol, Model Combat Commander, Serial Number 70BS86497 ("colt pistol") seized on 5/24/21 |
| 5 | Magazine taken from loaded Colt Pistol seized on 5/24/21 |
| 6 | Six bullets taken from loaded Colt Pistol seized on 5/24/21 |
| 7 | Taurus PT938C .380 ACP handgun, bearing serial number HKTJ83405 ("Taurus Handgun") seized on 5/24/21 |
| 8 | Magazine taken from loaded Taurus Handgun seized on 5/24/21 |
| 9 | Nine bullets taken from loaded Taurus handgun seized on 5/24/21 |

1

Case 5:21-cr-00273-FL   Document 130   Filed 08/28/24   Page 1 of 2

ORDERED this the 28th day of August, 2024.

                                                Louise W. Flanagan
                                                United States District Judge

SO ACKNOWLEDGED:

_____
Daryl Cato, Case Agent

_____
Dennis Duffy, Assistant U.S. Attorney

3