IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-273-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| TAMARCUS SHAQUAN ELLIS | ) | ORDER |
| | ) | |
| Defendant | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $170.46. The clerk is DIRECTED to pay The Chelsea the sum of $170.46.

SO ORDERED, this 29th day of August, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge