IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-273-FL

FILED IN OPEN COURT
ON 8/29/24 8KC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TAMARCUS SHAQUAN ELLIS | ) | |
| | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to ATF TFO Daryl Cato of the Goldsboro Police Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on August 28, 2024 and August 29, 2024 be transferred to ATF TFO Daryl Cato to be retained in his custody until this case is completed, including any matters on appeal:

| Government Exhibit No. | Description of the Evidence |
|---|---|
| 8 | Empty Red Bag |
| 8A | Envelope of Payment Sheets |
| 8B | Envelope containing sticky notes |
| ~~6~~ | ~~Sticky notes as part of 8B~~ |

1

ORDERED this the 29th day of August, 2024.

*(signature)*
Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

*(signature)*
Daryl Cato, Case Agent

*(signature)*
Dennis Duffy, Assistant U.S. Attorney

2